512 A.2d 1186

**EASTERN YORK SCHOOL DISTRICT, Petitioner,**

**v.**

**Mary B. SCHELL.**

Supreme Court of Pennsylvania.

Aug. 7, 1986.

Petition for Allowance of Appeal GRANTED, No. 34 M.D. Appeal Docket 1986.